# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSEPH ANTHONY QUINTANA,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

Case No. C17-0915-TSZ

ORDER TRANSFERRING CASE TO NINTH CIRCUIT

The Court, having reviewed the Report and Recommendation, docket no. 7, of the Honorable Mary Alice Theiler, United States Magistrate Judge, and petitioner's objections thereto, docket no. 8, hereby ORDERS:

(1)    The Report and Recommendation is APPROVED and ADOPTED;

(2)    Petitioner's federal habeas petition is TRANSFERRED to the United States Court of Appeals for the Ninth Circuit as a second or successive petition. Petitioner is advised that this transfer does not of itself constitute compliance with 28 U.S.C. § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b)(2);

/ / /

ORDER TRANSFERRING CASE
TO NINTH CIRCUIT - 1

(3) Petitioner's application to proceed with this action *in forma pauperis*, docket no. 5 is STRICKEN as moot;

(4) The Clerk is directed to administratively close this case and to transfer all original documents to the Ninth Circuit. The Clerk shall, however, retain a copy of the petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to petitioner pro se and to the Honorable Mary Alice Theiler.

DATED this 25th day of August, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER TRANSFERRING CASE
TO NINTH CIRCUIT - 2